THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ARTHUR WALDENEN, Appellant.

(Argued May 7, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Court of General Ses-
sions of the Peace in the county of New York, rendered
January 22, 1917, upon a verdict convicting the defend-
ant of the crime of murder in the first degree.

*William S. Bennet* and *Emory R. Buckner* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ.